IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 11-61430-CIV-COHN/SELTZER

CHARLES BADO, an individual,

    Plaintiff,

vs.

CARGO HOLDINGS, INC.
a Florida corporation

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through its undersigned attorneys, files this, his Notice of Voluntary Dismissal With Prejudice.  Plaintiff respectfully requests that this action be dismissed with each party to bear their own attorneys fees and costs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2012, I electronically filed the forgoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    /s/Stuart A. Rosenfeldt
    Florida Bar No.: 316113
    Email: srosenfeldt@randb-law.com
    ROSENFELDT & BIRKEN, P.A.
    100 SE 3rd Ave., Suite 1300
    Fort Lauderdale, Florida  33394
    Direct Dial: 954-990-4343/Fax: 954-990-4469

P a g e | 1
ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300, Fort Lauderdale, Florida 33394
Phone: 954.990.4320 | Fax: 954.990.4469
www.randb-law.com

## SERVICE LIST

| | |
|---|---|
| Stuart A. Rosenfeldt, Esq. | Ted P. Galatis, Jr., Esq. |
| Florida Bar No.: 316113 | Florida Bar No. 379778 |
| Email: srosenfeldt@randb-law.com | Email: tgalatis@bellsouth.net |
| ROSENFELDT & BIRKEN, P.A. | TED P. GALATIS, JR., P.A. |
| 100 SE 3rd Avenue, Suite 1300 | 1501 NE 4th Ave. |
| Fort Lauderdale, Florida  33394 | Fort Lauderdale, Florida 33304 |
| Direct Dial: 954-990-4343 | Phone: 954-522-6700, ext. 16 |
| Fax: 954-990-4469 | **Counsel for Defendant** |
| **Counsel for Plaintiff** | *Via CM/ECF* |
| *Via CM/ECF* | |

C:\shares\Bado re Center for Enf of Disab Rights\Cargo Holdings Cargo 11-61430\Notice of Dismissal.docx

P a g e | **2**

ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300, Fort Lauderdale, Florida 33394
Phone: 954.990.4320 | Fax: 954.990.4469
www.randb-law.com